IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAN J. RAMOS, LAURA POSADAS, and TINA WILLIAMS, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | |
| | | CIVIL ACTION NO. No. 5-14-CV-00502-XR |
| UBER TECHNOLOGIES, INC., and LYFT INC., | | |
| Defendants. | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

Plaintiffs file this unopposed motion for extension of time to respond to the Court's order of January 14, 2015.

**BACKGROUND**

Plaintiffs filed this cause of action alleging violations of the Americans with Disabilities Act against Defendants Uber Technologies, Inc. and Lyft, Inc. on June 2, 2014. On August 14, 2014, both Defendants filed separate motions to dismiss. Briefing on the motions is complete.

On January 14, 2015 the Court entered an order that afforded Plaintiffs the opportunity to—not later than January 26, 2015—either dismiss, without prejudice to re-filing, or submit affidavits demonstrating that Plaintiffs had actual notice at the time they filed the Original Complaint and that, but for that notice, they would have used Uber and Lyft. Because of the

logistical issues related to securing the affidavits requested by this Court, Plaintiffs require at least one more week to finalize and secure them. Defendants do not oppose this request.

Based on the foregoing, Plaintiffs request that the Court extend the deadline for responding to the Court's January 14, 2015 order to **February 2, 2015.**

DATED: January 23, 2015　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　JOSE GARZA
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 07731950
　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Jose Garza
　　　　　　　　　　　　　　　　　　　　　　　　7414 Robin Rest Dr.
　　　　　　　　　　　　　　　　　　　　　　　　San Antonio, Texas 78209
　　　　　　　　　　　　　　　　　　　　　　　　(210) 392-2856
　　　　　　　　　　　　　　　　　　　　　　　　garzpalm@aol.com


　　　　　　　　　　　　　　　　　　　　　　　　/s/__*Jose Garza*____
　　　　　　　　　　　　　　　　　　　　　　　　**JOSE GARZA**
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on January 23, 2015 a true and correct copy of the foregoing document was served to each person listed below by the method indicated:

VIA EMAIL:

Danny David
Attorney-In-Charge
danny.david@bakerbotts.com
Texas Bar No. 24028267
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-4055
Facsimile: (713) 229-2855


Vicki L. Gillette
Texas State Bar No. 08957325
vgillette@littler.com

Jonathan G. Rector
Texas State Bar No. 24090347
jrector@littler.com

LITTLER MENDELSON
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
214.880.8100
214.880.0181 (Facsimile)

> /s/ *Jose Garza*
> **JOSE GARZA**
> Attorney for Plaintiffs