IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAN J. RAMOS, LAURA POSADAS, and TINA WILLIAMS, | § § § § § | |
| Plaintiffs | | |
| v. | § § | CIVIL ACTION NO. 5-14-cv-00502-XR |
| UBER TECHNOLOGIES, INC. and LYFT INC., | § § § § | |
| Defendants. | | |

**PLAINTIFFS' MOTION TO DISMISS**

Plaintiffs Dan J. Ramos, Laura Posadas, and Tina Williams ("Plaintiffs") respectfully file this motion for entry of the attached Order of Dismissal with Prejudice, ordering that Plaintiffs' claims against Defendant Lyft, Inc. be dismissed with prejudice. The parties move the Court to enter the attached final order because the matters in controversy between them in this lawsuit have been resolved. Taxable costs are to be borne by the parties incurring same.

DATED: March 23, 2015

1

      Respectfully submitted,

      LAW OFFICE OF JOSE GARZA

      By:      /s/ Jose Garza_____
          Jose Garza
          State Bar No. 07731950
          Judith A. Sanders-Castro
          State Bar No. 17595255
          7414 Robin Rest Dr.
          San Antonio, Texas  78205
          210.392.2856
          garzpalm@aol.com

      Martin A. Golando
      State Bar No. 24059153
      Law Office of Martin Golando
      115 E. Travis, Suite 1705
      San Antonio, Texas  78205
      martin.golando@gmail.com

      Rolando L. Rios
      State Bar No. 16935900
      115 East Travis, Suite 1645
      San Antonio, Texas  78205
      210.222.2102
      210.222.2898 (facsimile)
      rrios@rolandorioslaw.com

      ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2015, I served the foregoing document in accordance with the Federal Rules of Civil Procedure via using the Electronic Case Filing system for the Western District.

      \_\_\_/s/ Jose Garza_____
      Jose Garza