UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAN J. RAMOS, LAURA POSADAS, and TINA WILLIAMS<br><br>　　Plaintiffs,<br><br>VS.<br><br>UBER TECHNOLOGIES, INC. and LYFT INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. SA-14-CA-502-XR<br>)<br>)<br>)<br>)<br>) |

## ORDER

On this date, the Court considered the Agreed Motion to Dismiss filed by Plaintiffs (docket no. 49). Plaintiffs and Defendant Lyft have reached a settlement agreement and request that all claims against Defendant Lyft be dismissed with prejudice. The motion is GRANTED and it is therefore ORDERED that all causes of action that were or could have been asserted by Plaintiffs against Lyft, Inc. are DISMISSED WITH PREJUDICE and that each party shall bear its own costs.

It is so ORDERED.

SIGNED this 24th day of March, 2015.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE