IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAN J. RAMOS, LAURA POSADAS, TINA WILLIAMS,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; LYFT, INC.,<br><br>　　Defendants. | § § § § § § § § § § § § § | C.A. NO. 5:14-CV-000502-XR |

## JOINT SETTLEMENT ADVISORY TO THE COURT

Plaintiffs Dan J. Ramos, Laura Posadas, and Tina Williams ("Plaintiffs"), and Defendant Uber Technologies, Inc. ("Uber"), file this Joint Settlement Advisory to the Court and show the Court as follows:

The parties have reached an agreement in principal and anticipate the filing of dismissal papers within the next thirty (30) days. The parties therefore respectfully request an Order from the Court granting the parties an additional thirty (30) days to finalize the agreement and to file dismissal papers before a scheduling order is entered.

Agreed this 6th day of July, 2015.

/s/ Jose Garza (signed w/ permission)
Jose Garza
Texas State Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, TX 78205
210-392-2856
garzpalm@aol.com

Judith A. Sanders-Castro
Texas State Bar No. 17595255
Texas RioGrande Legal Aid, Inc.
1111 N. Main Ave.
San Antonio, TX 78212
210-212-3725
jcastro@trla.org

Rolando L. Rios
Texas State Bar No. 16935900
Law Offices of Rolando L. Rios
115 East Travis, Suite 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

Martin A. Golando
Texas State Bar No. 24059153
Law Office of Martin Golando
115 E. Travis, Suite 1705
San Antonio, TX 75205
martin.golando@gmail.com

ATTORNEYS FOR PLAINTIFFS

/s/ Jonathan G. Rector
Vicki L. Gillette
Texas State Bar No. 08957325
vgillette@littler.com
Jonathan G. Rector
Texas State Bar No. 24090347
jrector@littler.com

LITTLER MENDELSON
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100
214.880.0181 (Facsimile)

ATTORNEYS FOR DEFENDANT
UBER TECHNOLOGIES, INC.