FILED

AUG - 4 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAN J. RAMOS, LAURA POSADAS, TINA WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; LYFT, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ C.A. NO. 5:14-CV-000502-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Pursuant to the Joint Stipulation of Dismissal filed by Plaintiffs Dan J. Ramos, Laura Posadas, and Tina Williams, and Defendant Uber Technologies, Inc., it is HEREBY ORDERED, ADJUDGED AND DECREED that the present action is dismissed without prejudice in its entirety, each party to bear its own costs and its own attorneys' fees. The Clerk is advised to close this case.

**IT IS SO ORDERED.**

SIGNED this 4th day of August, 2015.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE